AUGUST 29, 1960

**No. 64483.**—Dorf International, Inc. *v.* United States, protest 58/25471–10470. Protest abandoned July 18, 1960. (Not published.) Plaintiff's application for rehearing granted.